## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.  14-CIV-22264-BLOOM/Valle

DWIGHT WILSON, JESUS A. AVELAR-LEMUS,
JESSIE CROSS, and MATTIE CROSS
on behalf of themselves and all others
similarly situated,

       Plaintiff,

v.

EVERBANK, N.A., STANDARD GUARANTY
INSURANCE COMPANY, and AMERICAN
SECURITY INSURANCE COMPANY,

       Defendants.

_____/

### <u>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS</u>

**THIS CAUSE** is before the Court on Defendant EverBank, N.A.'s ("EverBank") Motion

to Dismiss, ECF No. [102] (the "Motion"), Plaintiffs Dwight Wilson, Jesus A. Avelar-Lemus,

Jessie Cross and Mattie Cross' ("Plaintiffs") First Amended Class Action Complaint, ECF No.

[91] (the "Amended Complaint").  The Court recently addressed, and denied, EverBank's motion

to dismiss the Amended Complaint for lack of Plaintiffs' standing and, therefore, this Court's

subject matter jurisdiction.  ECF No. [136].  The Court has now reviewed the Motion, all

supporting and opposing filings, and the record in this case, and is otherwise fully advised.

The Amended Complaint asserts (among other claims not addressed by the instant

Motion) claims against EverBank for violation of Sections 1962(c) and (d) of the Racketeer

Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961-1968 ("RICO") (Counts VI and

VII), violation of the New York Deceptive Practices Act, N.Y. G.B.L. § 349 ("NYDPA") (Count

VIII), and violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815

Ill. Comp. Stat. § 505/1, *et seq.* ("ICFA") (Count IX).  EverBank seeks dismissal of those claims, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6).

The allegations in the Amended Complaint and legal issues presented by the Motion with respect to Plaintiffs' RICO, NYDPA and ICFA claims against EverBank are identical to those considered by the Court in addressing and granting Defendants American Security Insurance Company and Standard Guaranty Insurance Company's (the "Insurer Defendants") motion to dismiss.  ECF No. [118] (the "Order"); *Wilson v. EverBank, N.A.*, 2015 WL 1600549 (S.D. Fla. Apr. 9, 2015).

Accordingly, for the reasons set forth in the Order, ECF No. [118], it is **ORDERED AND ADJUDGED** that the Motion, ECF No. [102], is **GRANTED** as set forth herein, and Counts VI, VII, VII and IX of the Amended Complaint, ECF No. [91], are **DISMISSED, with prejudice**, as to EverBank.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this 5th day of May, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2