UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-22264-BLOOM/Valle

DWIGHT WILSON, JESUS A. AVELAR-LEMUS,
JESSIE CROSS, and MATTIE CROSS
on behalf of themselves and all others
similarly situated,

    Plaintiff,

v.

EVERBANK, N.A., STANDARD GUARANTY
INSURANCE COMPANY, and AMERICAN
SECURITY INSURANCE COMPANY,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Status Report, ECF No. [144], filed on July 17, 2015 in compliance with this Court's order, ECF No. [143]. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED**. The Clerk shall **CLOSE** this case for administrative purposes only.

2. Proposed class counsel file the Settlement Agreement together with the Motion for Preliminary Approval of Class Action Settlement on or before **July 27, 2015**.

3. Any pending motions are **DENIED AS MOOT**. Any pending deadlines are **TERMINATED**.

Case No. 14-CIV-22264-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida this 20th day of July, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record