UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CIV-22264-BLOOM/VALLE

DWIGHT WILSON, JESUS A. AVELAR-LEMUS,
JESSIE CROSS, and MATTIE CROSS
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

v.

EVERBANK, STANDARD GUARANTY
INSURANCE COMPANY, VOYAGER
INDEMNITY INSURANCE COMPANY and
AMERICAN SECURITY INSURANCE
COMPANY,

        Defendants.
_____/

**FINAL JUDGMENT**

This action having settled pursuant to the Stipulation and Settlement Agreement (the "Settlement Agreement"), ECF No. [149-1], and the Court having entered an Order Granting Final Approval to Class Action Settlement (the "Final Order"), ECF No. [171], it is hereby **ORDERED and ADJUDGED** that:

1.    This action, including all individual claims and class claims presented herein, is hereby dismissed on the merits and with prejudice against the Named Plaintiffs and all other Settlement Class Members, without fees (including attorneys' fees) or costs to any party except as otherwise provided in the Final Order. Unless otherwise indicated, capitalized terms in this Final Judgment shall have the meanings attributed to them in the Settlement Agreement.

    a.    "Named Plaintiffs" means Dwight Wilson, Jesus A. Avelar-Lemus, Jessie Cross, and Mattie Cross.

    b. "Settlement Class Members" are members of the "Settlement Class," which consists of the following:

(i) All borrowers in the United States who, within the Settlement Class Period (as defined in paragraph 1(b)(ii) below), were charged by EverBank under a hazard, flood, flood gap or wind-only LPI Policy for Residential property, and who, within the Settlement Class Period, either (i) paid to EverBank the Net Premium for that LPI Policy or (ii) did not pay to and still owe EverBank the Net Premium for that LPI Policy. Excluded from the Settlement Class are: (i) individuals who are or were during the Settlement Class Period officers or directors of the Defendants in the Action or any of their respective Affiliates; (ii) any justice, judge, or magistrate judge of the United States or any State, their spouses, and persons within the third degree of relationship to either of them, or the spouses of such persons; (iii) borrowers who only had an LPI Policy that was canceled in its entirety such that any premiums charged and/or collected were fully refunded to the borrower or to the borrower's escrow account; and, (iv) all borrowers who file a timely and proper request to be excluded from the Settlement Class.

(ii) The Settlement Class Period shall commence on January 1, 2009 and shall continue through and including August 31, 2015.

    c. "EverBank" means EverBank and its predecessors and successors.

    d. "Affiliate" of an entity means any person or entity that controls, is controlled by, or is under common control with such entity.

    e. "Assurant Defendants" means American Security Insurance Company ("ASIC"), Standard Guaranty Insurance Company ("SGIC"), and Voyager Indemnity Insurance Company ("VIIC").

    f. "Lender-Placed Insurance" or "LPI" means the placement of hazard, flood, flood gap, or wind-only insurance pursuant to a mortgage loan agreement, home equity loan agreement, or home equity line of credit serviced by EverBank to cover a borrower's failure to maintain the required insurance coverage on the Residential property securing the loan.

    g. "LPI Policy" means a lender-placed Residential hazard, flood, flood-gap, or wind-only insurance policy and such insurance coverage placed pursuant to a mortgage loan agreement, home equity loan agreement, or home equity line of credit serviced by EverBank to

cover a borrower's failure to maintain the required insurance coverage on the Residential property securing the loan.

        h.    "Net Premium" means the amount of premium charged to a Settlement Class Member for an LPI Policy during the Settlement Class Period less any refund paid or credited to the Settlement Class Member.

    2.    The Releasing Persons have released the Released Claims as against the Released Persons and are, from this day forward, hereby permanently barred and enjoined from directly or indirectly (i) filing, commencing, prosecuting, intervening in, or participating in (as class members or otherwise), any lawsuit in any jurisdiction for the Released Claims; or (ii) organizing any Settlement Class Members, or any persons who would otherwise fall within the definition of the Settlement Class but who excluded themselves from the Settlement, into a separate class for purposes of pursuing as a purported class action any lawsuit (including by seeking to amend a pending complaint or counterclaim to include class allegations, or seeking class certification in a pending action) based on or relating to the claims and causes of action, or the facts and circumstances relating thereto, in this action and/or the Released Claims.

        a.    "Released Claims" means any and all claims, actions, causes of action, suits, debts, sums of money, payments, obligations, reckonings, promises, damages, penalties, attorney's fees and costs, liens, judgments, and demands of any kind whatsoever that each Settlement Class Member may have until the close of the Settlement Class Period or may have had in the past, whether in arbitration, administrative, or judicial proceedings, whether as individual claims or as claims asserted on a class basis, whether past or present, mature or not yet mature, known or unknown, suspected or unsuspected, whether based on federal, state, or local law, statute, ordinance, regulations, contract, common law, or any other source, that were or could have

been sought or alleged in the Wilson Litigation or that relate, concern, arise from, or pertain in any way to the Released Persons' conduct, policies, or practices concerning EverBank's placement, or the Assurant Defendants' issuance, of LPI Policies during the Settlement Class Period, including but not limited to conduct, policies or practices concerning LPI Policies or to charges for EverBank's Placement of LPI Policies during the Settlement Class Period.  In agreeing to this Release, Named Plaintiffs explicitly acknowledge that unknown losses or claims could possibly exist and that any present losses may have been underestimated in amount or severity.

        b.        The Released Claims shall include, but not be limited to, all claims related to any LPI placement regardless of whether the LPI Policy was entirely or partially canceled; all claims related to EverBank's insurance requirements; the relationship, whether contractual or otherwise, between the EverBank Defendants and the Assurant Defendants regarding LPI, including, but not limited to, the procuring, underwriting, placement, insurance tracking, or costs of LPI Policies; the coverage amount, duration, issue date, alleged "backdating," or alleged excessiveness of any LPI Policies placed or charged by EverBank; the payment or receipt of commissions, income or benefits relating to reinsurance agreements, expense reimbursements, alleged "kickbacks," or any other compensation under any LPI Policies placed or charged by EverBank; any alleged "tying" arrangement involving EverBank and LPI; any alleged breach of contract, breach of an implied covenant of good faith and fair dealing, breach of fiduciary duty, unjust enrichment, or any other alleged breach of any common law duty or obligation or any alleged violation of any federal or state statute or regulation, by EverBank concerning LPI Policies; any alleged tortious interference by the Assurant Defendants with mortgage loans serviced by EverBank; the disclosure or non-disclosure of any payment, expenses, fees, charges, or features pertaining to or under any LPI Policies or coverage under such LPI Policies and charges

for such coverage placed or charged by EverBank; the receipt or non-disclosure of any benefit under any LPI Policies or coverage under such LPI Policies and charges for such coverage placed or charged by EverBank; the content, manner, or accuracy of any communications regarding the placement of any LPI Policies by EverBank; and to the regulatory approval or non-approval of any LPI Policy, or the premium thereon, placed or charged by EverBank.

   c. "Released Persons" means, only with respect to Released Claims: (a) Defendants, Assurant, Inc., and each of their respective past or present, direct or indirect, Affiliates, parent companies, subsidiaries, divisions, predecessors, successors, assigns, investors, and all past or present officers, directors, employees, agents, brokers, distributors, representatives, and attorneys of any such entities or persons; (b) any other insurance carriers that issued or may have issued LPI for EverBank insuring real property owned by any Settlement Class Member; and (c) any trustee of a mortgage securitization trust which included loans made to any Settlement Class Member, including, but not limited to, any direct or indirect subsidiary of any of them, and all of the officers, directors, employees, agents, brokers, distributors, representatives, and attorneys of all such entities.

   d. "Releasing Persons" means Named Plaintiffs, all Settlement Class Members, and their respective family members, heirs, administrators, successors, and assigns.

  3. Notwithstanding the dismissal of this entire action, the Court shall retain jurisdiction over the construction, interpretation, consummation, implementation, and enforcement of the Settlement Agreement, including jurisdiction to enter such further orders as may be necessary or appropriate.

  4. Settlement Class Members shall promptly dismiss with prejudice all claims, actions, or proceedings that have been brought by any Settlement Class Member in any jurisdiction

and that have been released pursuant to the Settlement Agreement and Final Order and enjoined pursuant to this judgment.

**DONE AND ORDERED** in Miami, Florida, this 8th day of February, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record