UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CIV-22264-BLOOM/VALLE

DWIGHT WILSON, JESUS A. AVELAR-LEMUS, JESSIE CROSS, and MATTIE CROSS on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

EVERBANK, N.A., STANDARD GUARANTY INSURANCE COMPANY, and AMERICAN SECURITY INSURANCE COMPANY,

    Defendants.

**NOTICE OF APPEAL**

2

Notice is hereby given that Class Members/Objectors Janet Jabrani and Amirali Jabrani appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment (Doc. No. 172) entered in this action on February 8, 2016 and Order Granting Final Approval to Class Action Settlement (Doc. No. 171) entered in this action on February 3, 2016 and all orders and opinions that merge therein.  The Class Members/Objectors also hereby appeal from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying these Class Members/Objectors or the objection filed by these Class Members/Objectors, including any entered or signed subsequent to this notice of appeal.

Dated: February 12, 2016.             Respectfully submitted,

By:   ____/s/ Jeff M. Brown _____
      Jeff M. Brown, Esq.
      Florida Bar #197912
      Attorney for Objectors Janet Jabrani
      and Amirali Jabrani

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of February, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing. The undersigned further certifies he caused to be served via USPS First Class Mail, postage prepaid, a copy of this Notice of Appeal upon all parties identified on the attached Service List.

> LAVALLE, BROWN & RONAN, P.A.
> Attorneys for Objectors Janet Jabrani and
> Amirali Jabrani
> 750 South Dixie Highway
> Boca Raton, Florida  33432
> (561) 395-0000 / 855BocaLaw
>
>
> ____/s/ Jeff M. Brown _____
> JEFF M. BROWN
> FLORIDA BAR NO.:  197912
> jbrown@lavallebrown.com
> Designation of email:  efiling@lavallebrown.com;
> cmartin@lavallebrown.com

## SERVICE LIST

**Case Name**  *DWIGHT WILSON, JESUS A. AVELAR-LEMUS, JESSIE CROSS, and MATTIE CROSS on behalf of themselves and all others similarly situated **v.** EVERBANK, N.A., STANDARD GUARANTY INSURANCE COMPANY, and AMERICAN SECURITY INSURANCE COMPANY*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:  14-CIV-22264-BLOOM/VALLE

Counsel for Assurant Defendants:
Frank G. Burt
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson St., NW
Washington, D.C. 20007-5208

Class Counsel:
Adam M. Moskowitz
Kozyak, Tropin, & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, FL 33134

Counsel for Everbank:
Irene C. Freidel
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111